In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-598 CR


NO. 09-07-599 CR


____________________



HONOEL REGULO, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause Nos. 06-12-12522-CR and 07-05-05019-CR






MEMORANDUM OPINION


 Honoel Regulo was convicted and sentenced on indictments for burglary of a building
and delivery of marijuana. Regulo filed notice of appeal on November 8, 2007. The trial
court entered certifications of the defendant's right to appeal in which the court certified that
these are plea-bargain cases and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certifications have been provided to the Court of Appeals by the
district clerk.

 On December 3, 2007, we notified the parties that the appeals would be dismissed
unless amended certifications were filed within fifteen days of the date of the notices and
made a part of the appellate records. See Tex. R. App. P. 37.1. The records have not been
supplemented with amended certifications.

 Because certifications that show the defendant has the right of appeal have not been
made part of the records, the appeals must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.




 ______________________________

 STEVE McKEITHEN

 Chief Justice

 

Opinion Delivered January 16, 2008

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.